Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CAROLYN AND BENJAMIN LANGE, and their marital community; C.L., an individual,<br><br>Defendants. | NO. 2:20-cv-00309-JLR<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: April 2, 2020 |

## STIPULATION

1. Plaintiffs Liberty Mutual Insurance Company and Liberty Insurance Corporation ("Liberty") filed a complaint against Defendants Carolyn and Benjamin Lange ("the Langes") on February 26, 2020. Following service by Liberty, the Langes' responsive pleading is due April 6, 2020.

2. Due to the Langes' counsel's schedule, Liberty and the Langes hereby jointly stipulate to, and request the Court to allow, additional time for the Langes to respond to Liberty's complaint, up to and including April 20, 2020.

---

STIPULATION AND PROPOSED ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT- 1
No. 2:20-cv-00309-JLR

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

3. No other dates or deadlines would be altered by this proposed extension of time.

DATED this 2nd day of April, 2020.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants Carolyn and Benjamin Lange

By   s/ *Greg D. Pendleton*
    Susannah C. Carr, WSBA #38475
    Jeffrey M. Thomas, WSBA #21175
    Greg D. Pendleton, WSBA #38361
    600 University Street, Suite 2915
    Seattle, WA 98101-4172
    206.467.6477
    scarr@gordontilden.com
    jthomas@gordontilden.com
    gpendleton@gordontilden.com

**WILSON SMITH COCHRAN DICKERSON**
Attorneys for Plaintiffs Liberty Mutual Insurance Company and Liberty Insurance Corporation

By   s/ *John M. Silk*
    John M. Silk, WSBA #15035
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164-2050
    206.623.4100
    silk@wscd.com

**ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED that the Langes' time to respond to Plaintiff's complaint is extended to April 20, 2020.

DATED: April 6, 2020

*[signature]*

JAMES L. ROBART
United States District Judge

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT- 2
No. 2:20-cv-00309-JLR

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477