**A. THE HON. JAMES L. ROBART**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, and LIBERTY INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN LANGE and CAROLYN LANGE, his spouse, and the marital community composed thereof, and C.L., a single individual,<br><br>Defendants. | No. 2:20-cv-00309 JLR<br><br>ORDER GRANTING NOTICE OF DISMISSAL WITHOUT PREJUDICE |

The Court, having considered Plaintiffs' Notice of Voluntary Dismissal Without Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(i), hereby ORDERS that Defendant C.L. shall be dismissed from this action without prejudice.

DATED this 17th day of April, 2020.

_____
JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER GRANTING NOTICE OF DISMISSAL WITHOUT PREJUDICE (Cause No. 2:20-cv-00309 JLR) – 1
cpw/CPW1379.666/3532415x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | |
| 4 | *s/ Sarah L. Eversole*<br>Sarah L. Eversole, WSBA No. 36335 |
| 5 | WILSON SMITH COCHRAN DICKERSON<br>901 Fifth Avenue, Suite 1700 |
| 6 | Seattle, WA  98164-2050 |
| 7 | Telephone: (206) 623-4100<br>Fax: (206) 623-9273 |
| 8 | Email: eversole@wscd.com<br>Of Attorneys for Plaintiff Liberty Mutual |
| 9 | Insurance Corp. & Liberty Insurance Corp. |

[PROPOSED] ORDER GRANTING NOTICE OF DISMISSAL WITHOUT PREJUDICE (Cause No. 2:20-cv-00309 JLR) – 2
cpw/CPW1379.666/3532415x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1
2     DATED this 10th day of April, 2020.

3                                  WILSON SMITH COCHRAN DICKERSON

4
5                                  *s/Sarah L. Eversole*
                                 Sarah L. Eversole, WSBA No. 36335
6                                  WILSON SMITH COCHRAN DICKERSON
                                 901 Fifth Avenue, Suite 1700
7                                  Seattle, WA  98164-2050
                                 Telephone: (206) 623-4100
8                                  Fax: (206) 623-9273
                                 Email: eversole@wscd.com
9                                  Of Attorneys for Plaintiff Liberty Mutual Insurance
10                                 Corporation & Liberty Insurance Corporation

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING NOTICE OF DISMISSAL WITHOUT PREJUDICE (Cause No. 2:20-cv-00309 JLR) – 3
cpw/CPW1379.666/3532415x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules Of Civil Procedure.

DATED this 10th of April, 2020.

*s/ Alex Susoeff*
Alex Susoeff

[PROPOSED] ORDER GRANTING NOTICE OF DISMISSAL WITHOUT PREJUDICE (Cause No. 2:20-cv-00309 JLR) – 4
cpw/CPW1379.666/3532415x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273