UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>BENJAMIN LANGE, et al.,<br><br>      Defendants. | CASE NO. C20-0309JLR<br><br>ORDER OF REFERENCE |

This action was assigned to the Honorable James L. Robart, United States District Judge as related to Case No. C20-0092JLR-MLP. A portion of Case No. C20-0092JLR-MLP is referred to Magistrate Judge Michelle L. Peterson. Because this case is related to Case No. C20-0092JLR-MLP, the court will similarly refer a portion of this case to Magistrate Judge Michelle L. Peterson. Thus, all future documents filed in this case must bear the cause number C20-0309JLR-MLP. The court has reviewed the

//

files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the court hereby refers to Magistrate Judge Michelle L. Peterson all motions to amend or supplement the pleadings under Federal Rule of Civil Procedure 15, and all motions related to discovery disputes, including but not limited to motions to compel discovery, motions for a protective order related to discovery, and motions related to issues of privilege.  *See* 28 U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a).  Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge Michelle L. Peterson's rulings concerning the above-described discovery motions.  *See* Fed. R. Civ. P. 72(a); Local Rules W.D. Wash. MJR 3(b).

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court also hereby refers to Magistrate Judge Michelle L. Peterson for preparation of a report and recommendation all motions (1) for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b); (2) for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c); (3) to dismiss pursuant to Federal Rule of Civil Procedure 12(b); and (4) for a default judgment pursuant to Federal Rule of Civil Procedure 55(b). *See* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(a)(3).  Federal Rule of Civil Procedure 72(b) governs any further proceedings in this court after Magistrate Judge Michelle L. Peterson files a report and recommendation.  *See* Fed. R. Civ. P. 72(b); Local Rules W.D. Wash. MJR 4(c).

//

1   Accordingly, the court ORDERS that the above-entitled action is referred to
2   Magistrate Judge Michelle L. Peterson for the specific purposes and types of motions
3   described herein.  The court further DIRECTS and EMPOWERS Magistrate Judge
4   Michelle L. Peterson to conduct hearings and make further necessary orders consistent
5   with 28 U.S.C. § 636, the local rules, and this order.

6   Dated this 17th day of April, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge