Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CAROLYN AND BENJAMIN LANGE, and their marital community; C.L., an individual,<br><br>Defendants. | NO. 2:20-cv-00309-JLR-MLP<br><br>JOINT STATUS REPORT AND [PROPOSED] ORDER |

  Defendants Carolyn and Benjamin Lange and plaintiffs Liberty Mutual Insurance Company and Liberty Insurance Corporation hereby submit a Joint Status Report as required by the Court's May 19, 2021 Order, Dkt. 33.

  The Court's November 17, 2020 Order. Dkt. 31, provided that this action is stayed until the underlying action, *C.L. v. Carolyn Lange and Benjamin Lange*, Cause No. 17-2-02207-37 ("the underlying action"), is concluded.[1]  The underlying action is ongoing.  Trial, previously scheduled for July 2021, was continued due to the ongoing effects of Covid-19 on court

---

[1] Either party may move the Court to terminate the stay upon 30 days' written notice to the other party.

JOINT STATUS REPORT AND [PROPOSED] ORDER - 1
No. 2:20-cv-00309-RSM

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

operations and the limited availability of the judge scheduled to preside.  The parties to the

underlying action are working with Whatcom County Superior Court to reschedule the trial date.

      The Parties to this matter propose that they file another Joint Status Report by January 19, 2022.

      DATED this 31st day of August, 2021.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants Carolyn and Benjamin Lange

By    *s/Susannah C. Carr*
      Susannah C. Carr, WSBA #38475
      Jeffrey M. Thomas, WSBA #21175
      Greg D. Pendleton, WSBA #38361
      Guinevere Becker Bogusz, WSBA #52937600
      University Street, Suite 2915
      Seattle, Washington 98101-4172
      206.467.6477
      scarr@gordontilden.com
      jthomas@gordontilden.com
      gpendleton@gordontilden.com
      gbogusz@gordontilden.com

**WILSON SMITH COCHRAN DICKERSON**
Attorneys for Plaintiffs Liberty Mutual Insurance Company; Liberty Insurance Corporation

By    *s/John M. Silk*
      John M. Silk, WSBA #15035
      901 Fifth Avenue, Suite 1700
      Seattle, WA  98164-2050
      silk@wscd.com

JOINT STATUS REPORT AND [PROPOSED] ORDER - 2
No. 2:20-cv-00309-RSM

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101-4172
206.467.6477

**ORDER**

The Court, having reviewed the Parties' August 31, 2021 Joint Status Report, directs them to file another Joint Status Report by January 19, 2022.

IT IS SO ORDERED this 1st day of September, 2021.

_____
The Honorable James L. Robart
United States District Judge

JOINT STATUS REPORT AND [PROPOSED] ORDER - 3
No. 2:20-cv-00309-RSM

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477