Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CAROLYN AND BENJAMIN LANGE, and their marital community; C.L., an individual,<br><br>Defendants. | NO.  2:20-cv-00309-JLR-MLP<br><br>JOINT STATUS REPORT AND [PROPOSED] ORDER |

Defendants Carolyn and Benjamin Lange and Plaintiffs Liberty Mutual Insurance Company and Liberty Insurance Corporation hereby submit a Joint Status Report as required by the Court's January 11, 2022 Order, Dkt. 38.

The Court's November 17, 2020 Order, Dkt. 31, provided this action is stayed until the underlying action, *C.L. v. Carolyn Lange and Benjamin Lange*, Cause No. 17-2-02207-37 ("the underlying action"), is concluded.[1]  The underlying action is ongoing.  Trial, previously

---

[1] Either party may move the Court to terminate the stay upon 30 days' written notice to the other party.

JOINT STATUS REPORT AND [PROPOSED] ORDER - 1
No. 2:20-cv-00309-JLR-MLP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101-4172
206.467.6477

scheduled for July 2021, was continued due to the ongoing effects of Covid-19 on court operations and the limited judge availability.

Since the parties' January 10, 2022 Joint Status Report, Dkt. 37, Whatcom County Superior Court has assigned the underlying action to Judge Freeman, and trial is scheduled to begin in October 2022.

The Parties to this matter propose that they file another Joint Status Report by October 31, 2022.

DATED this 19th day of April, 2022.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants Carolyn and Benjamin Lange

By   *s/ Susannah C. Car*
Susannah C. Carr, WSBA #38475
Jeffrey M. Thomas, WSBA #21175
Greg D. Pendleton, WSBA #38361
Guinevere Becker Bogusz, WSBA #52937
600 University Street, Suite 2915
Seattle, Washington 98101-4172
206.467.6477
scarr@gordontilden.com
jthomas@gordontilden.com
gpendleton@gordontilden.com
gbogusz@gordontilden.com

**WILSON SMITH COCHRAN DICKERSON**
Attorneys for Plaintiffs Liberty Mutual Insurance Company; Liberty Insurance Corporation

By   *s/ Sarah Eversole*
Sarah L. Eversole, WSBA #36335
John M. Silk, WSBA #15035
1000 Second Avenue, Suite 2050
Seattle, WA  98104
silk@wscd.com

JOINT STATUS REPORT AND [PROPOSED] ORDER - 2
No. 2:20-cv-00309-JLR-MLP

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101-4172
206.467.6477

**ORDER**

The Court, having reviewed the parties' April 19, 2022 Joint Status Report, directs them to file another Joint Status Report by October 31, 2022.

IT IS SO ORDERED this 19th day of April, 2022.

_____
The Honorable James L. Robart
United States District Judge

JOINT STATUS REPORT AND [PROPOSED] ORDER - 3
No. 2:20-cv-00309-JLR-MLP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477