UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BENJAMIN LANGE, et al., <br><br> Defendants. | CASE NO. C20-0309JLR-MLP <br><br> ORDER |

Before the court is the parties' October 31, 2022 Joint Status Report ("JSR"). (*See* JSR (Dkt. # 42).) Having reviewed the JSR, the court DIRECTS the parties to file another JSR on or before March 1, 2023, unless the stay is lifted before that time by stipulation or motion.

Dated this 7th day of November, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 1