UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>                    Plaintiffs,<br>     v.<br><br>CAROLYN LANGE, et al.,<br><br>                    Defendants. | CASE NO. C20-0309JLR<br><br>ORDER TO SHOW CAUSE |

On July 24, 2023, the court issued an order in which it granted in part and denied in part Plaintiffs Liberty Mutual Insurance Company and Liberty Insurance Corporation's motion for summary judgment and denied Defendants Benjamin Lange and Carolyn Lange's request for attorney's fees and costs. (*See generally* 7/24/23 Order (Dkt. # 61).) The court determined, however, that it would not issue a pre-trial scheduling order until the appeal of the underlying state-court lawsuit in this insurance matter was resolved. (*See id.* at 5, 29-30.) The court directed the parties to submit a joint status report by no

ORDER - 1

1 | later than January 22, 2024, and every six months thereafter, regarding the status of the
2 | state-court appeal. (*Id.* at 29-30.) The court further ordered the parties to submit a joint
3 | status report within 14 days of the resolution of the underlying appeal. (*Id.*) The parties
4 | filed a timely first status report on January 22, 2024, in accordance with the court's order,
5 | and represented that they would file another report "in six months or within 14 days of
6 | the resolution of the [state-court appeal], whichever is sooner." (1/22/24 Status Report
7 | (Dkt. # 62) at 1.)

8 | It appears that the Washington Court of Appeals issued an opinion in the
9 | underlying appeal on May 13, 2024. *See* Slip Op., *C.L. v. Lange*, No. 84624-8-I (Wash.
10 | Ct. App. May 13, 2024), available at https://www.courts.wa.gov/opinions/pdf/846248.pdf
11 | (last visited August 6, 2024). The parties did not, however, file a status report within 14
12 | days of the issuance of that opinion, nor did they file a second six-month status report by
13 | the July 22, 2024 deadline. (*See generally* Dkt.) Accordingly, the court ORDERS the
14 | parties to show cause, by no later than **August 16, 2024**, why this matter should not be
15 | dismissed for failure to obey a court order and for failure to prosecute.

16 | Dated this 6th day of August, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2